UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:22-cr-102 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| EVERETT LEBRON HICKS ) | |
| ) | Magistrate Judge Christopher H. Steger |

**ORDER**

United States Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 27) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one count Indictment; (2) accept Defendant's guilty plea to Count One of the one count Indictment; (3) adjudicate Defendant guilty of possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1); and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release (Doc. 10) pending sentencing or further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count One of the one count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the one count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1); and

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release (Doc. 10) pending further order of this Court or sentencing which is scheduled to take place on **June 9, 2023, at 9:00 a.m**., before the undersigned.

**SO ORDERED.**

                                                    */s/ Travis R. McDonough*
                                                    **TRAVIS R. MCDONOUGH**
                                                    **UNITED STATES DISTRICT JUDGE**